IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARKVIEW EDGE PROPERTIES, LLC,

    Plaintiff,

  v.

JUDITH E. DUMLAO; TOMMY U. DUMLAO, SR.

    Defendants

No. C-14-4396 MMC

**ORDER REMANDING ACTION TO STATE COURT**

By order filed October 3, 2014, the Court directed defendants Judith E. Dumlao and Tommy U. Dumlao to show cause, in writing and no later than October 24, 2014, why the above-titled action should not be remanded to state court, for lack of subject matter jurisdiction. Defendants have not filed a response to the Court's order.

Accordingly, and for the reasons stated in the Court's order of October 3, 2014, the Court finds it lacks subject matter jurisdiction over the above-titled action, and hereby REMANDS the action to the Superior Court of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: October 31, 2014

MAXINE M. CHESNEY
United States District Judge